**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**
-----------------------------------------------------------------x
JACLYN M. BURCH and MARK E. BURCH,   Civil Action No.: 17-cv-9575-AET-DEA

Plaintiffs,
v.

**STIPULATION OF DISMISSAL WITH PREJUDICE**

USA TRUCK, INC., FRANK C. CANAFINO, JOHN DOE, ABC, Inc., fictitious names,

Defendants.
-----------------------------------------------------------------x

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is dismissed, without costs and with prejudice.

Dated: October 5, 2018

BY: _____
CHARLES M. CROCCO
Nelson, Fromer, Crocco & Jordan
Attorney for Plaintiffs
JACLYN M. BURCH and MARK E. BURCH
2300 Route 66, Suite 102
Neptune, NJ 07753
732.774.6443

BY: _____
LORNE M. REITER
Law Offices of Lorne M. Reiter, LLC
Attorneys for Defendants
USA TRUCK, INC., FRANK C. CANAFINO
124 First Avenue
Atlantic Highlands, New Jersey 07716
732.747.9555