UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
------------------------------------------------------------X
JACLYN M. BURCH and MARK E. BURCH,        Civil Action No.: 17-cv-9575-AET-DEA

                        Plaintiffs,

      v.        **STIPULATION OF DISMISSAL WITH PREJUDICE**

USA TRUCK, INC., FRANK C. CANAFINO,
JOHN DOE, ABC, Inc., fictitious names,

                        Defendants.
------------------------------------------------------------X

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the parties, that whereas no party hereto is an infant, incompetent person for whom a committee or conservatee has been appointed, and no person not a party has an interest in the subject matter of the action, the above-entitled action is dismissed, without costs and with prejudice.

Dated: October 5, 2018

BY: _____
CHARLES M. CROCCO
Nelson, Fromer, Crocco & Jordan
Attorney for Plaintiffs
JACLYN M. BURCH and MARK E. BURCH
2300 Route 66, Suite 102
Neptune, NJ 07753
732.774.6443

BY: _____
LORNE M. REITER
Law Offices of Lorne M. Reiter, LLC
Attorneys for Defendants
USA TRUCK, INC., FRANK C. CANAFINO
124 First Avenue
Atlantic Highlands, New Jersey 07716
732.747.9555

RECEIVED

NOV 19 2018

AT 8:30 _____
WILLIAM T. WALSH
CLERK

So Ordered
Anne E Thompson USDJ
11/19/18